# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| EDDIE F. INGRAM,<br>　　*Plaintiff* | )<br>)<br>) |
| vs. | )　　**Civil Action No. 3:17-cv-352-DPJ-FKB**<br>) |
| GSI SERVICES, LLC d/b/a EMERALD TRANSFORMER,<br>　　*Defendant* | )<br>)<br>)<br>) |

## PROTECTIVE ORDER

On consideration of the Unopposed Motion for Entry of Protective Orders, and the Court being fully advised in the premises, the Court finds and concludes that the motion is well-taken and should be granted. The Court finds and concludes as follows:

1.　Jeff Coleman is not a party to this lawsuit, but he has certain discoverable knowledge. Mr. Coleman had an ownership interest in one of the predecessor companies now operating as Emerald Transformer. After leaving that company, Mr. Coleman and Emerald Transformer were involved in a legal dispute that is ongoing.

2.　The Plaintiff wishes to depose Mr. Coleman on the physical requirements necessary to perform Ingram's former job at GSI Services, LLC.

3.　Because of his ongoing dispute with his former employer and employment agreement, Coleman has refused to give any testimony about the entity now operating as Emerald Transformer without entry of a protective order.

4.　The Court finds and concludes that entry of a protective order is appropriate in this case.

It is, therefore, ordered and adjudged that the parties shall take the deposition of Jeff Coleman on April 27, 2018. Notwithstanding the pending litigation and employment agreement, Mr. Coleman shall testify at the deposition and answer any questions posed by the Plaintiff or Defendant. The Plaintiff, the Defendant, and the Deponent will have an opportunity to review the deposition transcript, and any or all of them shall, as necessary, declare any portion of the testimony "CONFIDENTIAL" by following the procedures set forth in the general protective order applicable to this case.

Dated: April 23, 2018.    **IT IS SO ORDERED.**

  /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE

**Agreed as to Form:**

s/ Randolph C. Wood
Randolph C. Wood (MSB# 7369)
*Counsel for Eddie Ingram*

s/ H. Richard Davis, Jr.
R. Jarrad Garner (MSB# 99584)
H. Richard Davis, Jr. (MSB# 103983)
*Counsel for GSI Services, LLC*

s/ Charles J. Swayze, Jr.
Charles J. Swayze, Jr. (MSB# 8099)
*Counsel for Jeff Coleman, Deponent*